## BELLON WRECKING & SALVAGE COMPANY, Plaintiff/Respondent,

v.

## AMHERST CORPORATION, Defendant/Appellant.

### No. 70354.

Missouri Court of Appeals,
Eastern District,
Division Three.

Oct. 14, 1997.

Joe D. Jacobson, Clayton, for Defendant/Appellant.

Thomas A. Connelly, St. Louis, for Plaintiff/Respondent.

Before CRAHAN, C.J., and GRIMM and HOFF, JJ.

### ORDER

PER CURIAM.

Defendant appeals the judgment in favor of Plaintiff following a bench trial of Plaintiff's claim for breach of a contract to raze

certain structures. We have reviewed the briefs of the parties and the record on appeal and find no error of law. An extended opinion would be of no precedential value. We have, however, provided the parties with a memorandum opinion, for their information only, setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).